AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America
v.
Pilgrim's Pride Corporation

*Defendant*

Case No. 20-cr-330-RM

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: October 12, 2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Daniel J. Fetterman
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*