**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No.: 20-cr-330-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

PILGRIM'S PRIDE CORPORATION,

Defendant.

---

## NOTICE OF DISPOSITION

---

Defendant, Pilgrim's Pride Corporation, by and through counsel, Kasowitz Benson Torres LLP, hereby notifies the Court that the government and Pilgrim's Pride Corporation have reached a disposition pursuant to Fed. R. Crim. P. 11(c)(1)(C).

DATED: October 13, 2020

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

BY: /s/ Marc E. Kasowitz

Marc E. Kasowitz
Kevin J. Arquit (admission forthcoming)
Daniel J. Fetterman (admission forthcoming)
Kenneth R. David

1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
mkasowitz@kasowitz.com
karquit@kasowitz.com
dfetterman@kasowitz.com
kdavid@kasowitz.com

*Counsel for Pilgrim's Pride Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2020, I electronically filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of the Court using the CM/ECF system that will send notification to all counsel of record.

*/s/ Marc E. Kasowitz*