IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No.: 20-cr-00330-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PILGRIM'S PRIDE CORPORATION

    Defendant.

## GOVERNMENT'S MOTION FOR ALTERNATIVE CRIME VICTIM NOTIFICATION UNDER 18 U.S.C § 3771

    The United States of America, by and through the undersigned counsel, respectfully moves this Court, pursuant to 18 U.S.C. § 3771(d)(2), to approve the use of the victim notification procedures described below in lieu of those prescribed by sections 3771(a), (b), and (c). The number of potential crime victims in this case is so large as to make individual notice impracticable. As an alternative, the government seeks an order authorizing notification by (1) publishing information about the case on the Department of Justice's publicly accessible website for large cases and through the Antitrust Division's public website, and (2) providing written notice to counsel for plaintiffs in a parallel civil action that is pending in the Northern District of Illinois. *See In Re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.) ("*In re Broilers*").

    The Crime Victims' Rights Act ("CVRA"), codified at 18 U.S.C. § 3771, requires that the Department of Justice use its best efforts to see that crime victims are notified of and accorded the rights as described in 18 U.S.C. § 3771(a). 18 U.S.C. § 3771(c)(1).

The CVRA defines a crime victim as a "person directly and proximately harmed as a result of the commission of a Federal offense . . . ." 18 U.S.C. § 3771(e).  The rights of a crime victim under the CVRA include:

> (a)(2)  The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused.
> …
> (a)(9) The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement.
> (a)(10) The right to be informed of the rights under this section and the services described in section 503(c) of the Victims' Rights and Restitution Act of 1990 (42 U.S.C. §10607(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice.

18 U.S.C. § 3771.

Where, however, the court finds that the number of crime victims makes it "impracticable" to accord all of the crime victims the rights in § 3771(a), the court "shall fashion a reasonable procedure" to give effect to the CVRA that does not "unduly complicate or prolong the proceedings."  18 U.S.C. § 3771(d)(2).  The CVRA places no limitations on the alternative procedures which the court may fashion, other than that the procedures be reasonable to effectuate the CVRA and that they not unduly complicate or prolong the proceedings.  *Id.*

In this case, defendant is charged with participating in a multi-year "conspiracy to suppress and eliminate competition by rigging bids and fixing prices and other price-related terms for broiler chicken products sold in the United States." Information, *United States v. Pilgrim's Pride Corporation*, 20-cr-00330-RM (October 13, 2020).  To date, the government's investigation has revealed thousands of potential victims who purchased broilers chicken products that were the subject of the conspiracy.  In addition, a

consolidated civil class action pending before the court in the Northern District of Illinois is seeking damages for a conspiracy to fix, raise, maintain, and stabilize the price of broiler chickens. *In Re Broilers*, Case No. 1:16-cv-08637 (N.D. Ill.). While the allegations of the class action do not mirror the allegations contained in the Information in this case, there is a degree of overlap between the allegations that could be indicative of shared potential victims.

The United States submits that this case fits well within the "multiple crime victims" exception to the Crime Victims' Rights Act and believes it would be "impracticable" under Section 3771(d)(2) to provide personal notification by mail to the thousands of potential victims. Specifically, the United States requests permission to use the following two-tracked notification procedure:

First, the government will send written notice to liaison counsel for the direct, indirect, and end-user purchaser plaintiffs as well as the direct-action plaintiffs in the parallel civil action pending in the Northern District of Illinois. The letter will provide information concerning victims' rights, the next scheduled hearing, and the Victim Witness Coordinator's contact information.

Second, the United States will post a notice, accessible to news media press feeds, to the Department of Justice's website for large cases (http://www.justice.gov/largecases). In addition to summarizing the case and charge, the information on this page will direct actual and potential victims to the previously referenced Antitrust Division webpage where such individuals can access information referenced above concerning victims' rights, scheduled hearings, the Victim Witness

3

Coordinator's contact information, case-related updates, and the availability of victim-related services.

Providing notice on the internet through the Department of Justice's website for large cases, in conjunction with the Antitrust Division's website, would accomplish the purpose of the CVRA of giving reasonable notice to large numbers of crime victims, without unduly complicating or prolonging the proceedings.  *See* 18 U.S.C. § 3771(d)(2).  The government requests that the Court enter an order stating that these notification procedures are reasonable for purposes of the CVRA.

The government has conferred with counsel for the defendant, who has indicated the defendant takes no position on this motion.

WHEREFORE, based on the foregoing, the government requests that the Court grant this motion for alternative victim notification procedure.

Respectfully submitted this 16 day of October, 2020.

                BY:_____/s/_____
                         Justin P. Murphy
                         Jonathan A. Clow
                         Trial Attorneys
                         U.S. Department of Justice
                         Antitrust Division
                         450 Fifth Street, N.W.
                         Washington, D.C. 20530
                         Tel: (202) 598-8670
                         Justin.Murphy@usdoj.gov

                Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020, I electronically filed the **GOVERNMENT'S MOTION FOR ALTERNATIVE CRIME VICTIM NOTIFICATION UNDER 18 U.S.C § 3771** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record in the above-captioned matter.

                                            _____/s/_____
                                            Justin P. Murphy
                                            Jonathan A. Clow
                                            Trial Attorneys
                                            U.S. Department of Justice
                                            Antitrust Division
                                            450 Fifth Street, N.W.
                                            Washington, D.C. 20530
                                            Tel: (202) 598-8670
                                            Justin.Murphy@usdoj.gov