**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.: 20-cr-330-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

PILGRIM'S PRIDE CORPORATION,

Defendant.

**MOTION TO APPEAR BY VIDEO TELECONFERENCE FOR CHANGE OF PLEA HEARING**

Defendant, Pilgrim's Pride Corporation ("Defendant"), by and through counsel, Kasowitz Benson Torres LLP, hereby respectfully requests this Court issue an order permitting the parties to appear by video teleconference for the change of plea hearing, scheduled for November 2, 2020, at 10:00 AM MST. As grounds, Defendant states:

1. Pursuant to District Court General Orders 2020-10 and 2020-17, with Defendant's consent after consultation with counsel, the Court has the authority to conduct the change of plea hearing by video teleconference if the Court finds that the case cannot be further delayed without serious harm to the interests of justice.

2.      After discussion with the undersigned counsel, Defendant is aware of its right to appear in person for the change of plea hearing.  Defendant nonetheless wishes to waive this right and appear for the change of plea hearing by video teleconference.

3.      Defendant asserts that serious harm to the interests of justice would occur as a result of a continuance of the change of plea hearing, particularly given that Defendant is a publicly-traded company and resolution of this action is in the best interests of Defendant, its shareholders and other stakeholders, and the general public and the length of any such continuance that would allow out-of-state counsel to travel safely to Colorado to appear in person is not knowable at this time.

4.      Defendant has conferred with DOJ Trial Attorney Justin Murphy, and the government does not oppose Defendant's request to appear for the change of plea hearing by video teleconference.

WHEREFORE, based on the foregoing, Defendant respectfully requests permission for the parties to appear by video teleconference for the change of plea hearing on November 2, 2020, at 10:00 AM MST.

DATED:   October 22, 2020          Respectfully submitted,

                                               KASOWITZ BENSON TORRES LLP

                            BY:    /s/ Marc E. Kasowitz
                                   Marc E. Kasowitz
                                   Kevin J. Arquit
                                   Daniel J. Fetterman
                                   Kenneth R. David

                                   1633 Broadway
                                   New York, New York 10019
                                   Tel: (212) 506-1700
                                   mkasowitz@kasowitz.com
                                   karquit@kasowitz.com
                                   dfetterman@kasowitz.com
                                   kdavid@kasowitz.com

                                   *Counsel for Pilgrim's Pride Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 22, 2020, I electronically filed the foregoing **MOTION TO APPEAR BY VIDEO TELECONFERENCE FOR CHANGE OF PLEA HEARING** with the Clerk of the Court using the CM/ECF system that will send notification to all counsel of record.

                                                          */s/ Marc E. Kasowitz*