**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.: 20-cr-00330-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

PILGRIM'S PRIDE CORPORATION,

Defendant.

## MOTION TO RESTRICT DOCUMENTS

Defendant, Pilgrim's Pride Corporation, by and through counsel, Kasowitz Benson Torres LLP, hereby respectfully moves pursuant to Criminal Rule 47.1(c) of the Local Rules of Practice of the United States District Court for the District of Colorado to restrict Document No. 18, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion.  Accordingly, Defendant requests a "Level 1" Restriction, which would make Document No. 18, any order revealing the contents of that document, and the brief filed in support of this motion, only "Viewable by Case Participants and the Court."

2

DATED:     October 22, 2020              Respectfully submitted,

                                                          KASOWITZ BENSON TORRES LLP

                                  BY:     */s/ Marc E. Kasowitz*
                                            Marc E. Kasowitz
                                            Kevin J. Arquit
                                            Daniel J. Fetterman
                                            Kenneth R. David

                                            1633 Broadway
                                            New York, New York 10019
                                            Tel: (212) 506-1700
                                            mkasowitz@kasowitz.com
                                            karquit@kasowitz.com
                                            dfetterman@kasowitz.com
                                            kdavid@kasowitz.com

                                            *Counsel for Pilgrim's Pride Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2020, I electronically filed the foregoing **MOTION TO RESTRICT DOCUMENTS** with the Clerk of the Court using the CM/ECF system that will send notification to all counsel of record.

*/s/ Marc E. Kasowitz*