**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00330-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PILGRIM'S PRIDE CORPORATION

    Defendant.

---

**GOVERNMENT'S STATEMENT OF ORGANIZATIONAL
VICTIMS PURSUANT TO FED. R. CRIM. P. 12.4(a)(2)**

---

The United States herewith files its Statement of Organizational Victims Pursuant to Fed. R. Crim. P. 12.4(a)(2). Under Rule 12.4 of the Federal Rules of Criminal Procedure, the United States must provide the Court with a statement identifying corporate victims of criminal activity. Fed. R. Crim. P. 12.4(a)(2). The United States must also provide certain ownership information concerning corporate victims to the extent this information is available through due diligence. *Id.* This information is intended to aid the Court in complying with its obligations under the Code for Conduct for United States Judges. *See* Fed. R. Crim. P. 12.4 advisory committee's note.

    The United States has used due diligence and identified what it believes are some of the customers potentially affected by the alleged conspiracy. These customers are listed below. The United States believes that this list should allow the Court to make an informed decision of whether it has any "financial interest in the subject matter of the

controversy." *Id.* (quoting Code of Judicial Conduct, Canon 3C(1)(c) (1972)). Even with the exercise of due diligence, however, the United States is unable to provide the Court with an exhaustive list of all potential corporate victims at this time.[1] Should the Court require further information, the United States will make its best efforts to provide the additional information.

    1.    <u>Golden Corral.</u> Ultimate parent company: Investors Management Corporation. The government knows of no publicly-held corporation that owns 10% or more of the stock of Investors Management Corporation.

    2.    <u>KFC Corporation.</u> Ultimate parent company: Yum! Brands, Inc. The government knows of no publicly-held corporation that owns 10% or more of the stock of Yum! Brands, Inc.

    3.    <u>The Kroger Company.</u> Ultimate parent company: not applicable. The government knows of no publicly-held corporation that owns 10% or more of the stock of The Kroger Company.

    4.    <u>Popeyes Louisiana Kitchen, Inc.</u> Ultimate parent company: Restaurant Brands International, Inc. The government knows of no publicly-held corporation that owns 10% or more of the stock of Restaurant Brands International, Inc.

---

[1] As the government previously noted for this Court, to date, the government's investigation has revealed thousands of potential victims who purchased broiler chicken products that were the subject of the conspiracy charged in the Information. *See* Dkt No. 8, Government's Motion for Alternative Crime Victim Notification Under 18 U.S.C. § 3771, at 2. *See also United States v. Penn et al.*, No. 20-cr-152-PAB (Dkt. No. 195) (notice to Judge Brimmer listing the same potential corporate victims). To the extent the government identifies additional information relating to potential victims of this conspiracy, it will supplement its Fed. R. Crim. P. 12.4 disclosure.

5. <u>Restaurant Supply Chain Solutions.</u> Ultimate parent company: not applicable. The government knows of no publicly-held corporation that owns 10% or more of the stock of Restaurant Supply Chain Solutions.

6. <u>Supply Management Services.</u> Ultimate parent company: not applicable. The government knows of no publicly-held corporation that owns 10% or more of the stock of Supply Management Services.

7. <u>Walmart Inc.</u> Ultimate parent company: not applicable. The government knows of no publicly-held corporation that owns 10% or more of the stock of Walmart, Inc.

8. <u>Church's Chicken</u>. Ultimate parent company: Church's Holdings Corporation. The government knows of no publicly-held corporation that owns 10% or more of the stock of Church's Chicken.

9. <u>Chick-fil-A</u>. Ultimate parent company: not applicable. The government knows of no publicly-held corporation that owns 10% or more of the stock of Chick-fil-A.

10. <u>Sysco Foods</u>. Ultimate parent company: Sysco Corporation. The government knows of no publicly-held corporation that owns 10% or more of the stock of Sysco Food.

11. <u>J.S. Foods</u>. Ultimate parent company: not applicable. The government knows of no publicly-held corporation that owns 10% or more of the stock of John Soules Foods.

Dated this 12th day of November, 2020.

                                    Respectfully submitted,

                                    JUSTIN P. MURPHY

                                    */s/ Justin P. Murphy*
                                    Justin P. Murphy
                                    Jonathan A. Clow
                                    Jillian Rogowski
                                    Trial Attorneys
                                    Antitrust Division
                                    United States Department of Justice
                                    450 5th Street, N.W.
                                    Washington, D.C. 20530
                                    Justin.Murphy@usdoj.gov
                                    (202) 598-8670

                                    *Attorney for the United States*

## CERTIFICATE OF SERVICE

I certify that on this 12th day of November, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                          Respectfully submitted,

                                          JUSTIN P. MURPHY

*/s/ Justin P. Murphy*
Justin P. Murphy
Trial Attorney
Washington Criminal Enforcement Section I
Antitrust Division
United States Department of Justice
450 5th Street, N.W.
Washington, D.C. 20530
Justin.Murphy@usdoj.gov
(202) 598-8670

*Attorney for the United States*